UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:13-cv-62019-KAM

SCOTT BARR, DDS, on behalf of itself
and others similarly situated,

     Plaintiff,

v.

THE HARVARD DRUG GROUP, LLC, d/b/a
EX[ERT-MED, a Michigan corporation,
_____/

NOTICE OF APPEAL

Notice is hereby given that Scott Barr, DDS, Plaintiff in the above-styled action, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Order and Opinion (ECF No. 27) entered on June 11, 2014, granting Defendant's motion to dismiss. A copy of the order is attached hereto as Exhibit "A."

     Respectfully submitted,

     s/ Scott D. Owens
     Scott D. Owens, Esq.
     **SCOTT D. OWENS, P.A.**
     664 E. Hallandale Beach Blvd.
     Hallandale, FL 33009
     Tel:    954-589-0588
     Fax:    954-337-0666
     scott@scottdowens.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 11, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this date via U.S. mail and/or some other authorized manner for those counsel or parties, if any, who are not authorized to receive electronically Notices of Electronic Filing.

<u>Clerk</u>
US Court of Appeals
56 Forsyth Street, N.W.
Atlanta, GA 30303

                                     Respectfully submitted,

                                       *s/* Scott D. Owens
                                     Scott D. Owens, Esq.